**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

### JUDGMENT IN A CIVIL CASE

GRECIAN GILL,            )
                                 )
               Plaintiff,     )
                                 )     Case No. 21-00411-CV-W-LMC
                                 )
DENIS MCDONOUGH, SECRETARY   )
OF THE DEPARTMENT OF VETERANS )
AFFAIRS, et al.,             )
                                 )
             Defendants.   )

_____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues having been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** The issues have been determined and a decision has been rendered.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Summary Judgment (Doc. 39) is GRANTED.

FURTHERMORE, Defendants' Motion to Dismiss the United States as a Named Defendant (Doc. 40) is GRANTED.

December 13, 2023               Paige Wymore-Wynn
Dated                           Court Executive

December 13, 2023               /s/ Traci Chorny
Entered                          Deputy Clerk